**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12321 (MG) |
| DEWEY & LEBOEUF LLP, | Chapter 11 |
| Debtor. | |
| ALAN M. JACOBS, as Liquidating Trustee of the Dewey & LeBoeuf Liquidation Trust, | Adv. Proc. No. 14-02015 (MG) |
| Plaintiff, | |
| v. | |
| VIVIAN POLAK, | |
| Defendant. | |

## AGREED STIPULATION AND ORDER OF DISMISSAL
## OF ADVERSARY PROCEEDING

Pursuant to Federal Rule of Civil Procedure 41, made applicable to adversary proceedings by Federal Rule of Bankruptcy Procedure 7041, Plaintiff, Alan M. Jacobs, Liquidating Trustee of the Dewey & LeBoeuf Liquidation Trust, and Defendant, Vivian Polak, hereby jointly and mutually stipulate to the dismissal of all claims asserted in the Complaint filed in the above-captioned adversary proceeding with prejudice to refiling as against Defendant.

It is ordered that the Clerk's Office is directed to close this adversary proceeding.

[Signature blocks appear on following page.]

**AGREED:**

By: <u>   /s/ Christopher R. Murray         </u> .
Christopher R. Murray. (*pro hac vice*)
DIAMOND McCARTHY LLP
909 Fannin Street, 15th Floor
Houston, TX 77010
Tel. (713) 333-5100
Fax. (713) 333-5199
cmurray@diamondmccarthy.com

*Attorneys for Alan M. Jacobs, Liquidating Trustee of the Dewey & LeBoeuf Liquidation Trust*

By: <u>   /s/ Helen Davis Chaitman            </u> .
Helen Davis Chaitman
Becker & Poliakoff LLP
45 Broadway, 8th Floor
New York, New York 10006
Telephone: (212) 599-3322
Facsimile: (212) 557-0295
hchaitman@bplegal.com

*Attorney for Vivian Polak*

**IT IS SO ORDERED.**

Dated:  March 24, 2015
             New York, New York

<u>       /s/Martin Glenn         </u>
MARTIN GLENN
United States Bankruptcy Judge